No. 82–862.   CONSOLIDATED RAIL CORPORATION *v.* DARRONE, ADMINISTRATRIX OF THE ESTATE OF LeSTRANGE.

C. A. 3d Cir. [Certiorari granted *sub nom. Consolidated Rail Corp.* v. *LeStrange,* 459 U. S. 1199.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.